OCTOBER 4, 1993

No. 93–208.   IDAHO HISPANIC CAUCUS, INC., ET AL. *v.* IDAHO ET AL.   Appeal from D. C. Idaho dismissed for want of jurisdiction.

No. 92–1596.   LIBERTY MORTGAGE CO. *v.* FREY ET AL.   C. A. 10th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Nobelman* v. *American Savings Bank,* 508 U. S. 324 (1993).

No. 92–1826.   TEXAS *v.* PARRISH.   Ct. Crim. App. Tex.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Dixon,* 509 U. S. 688 (1993).

No. 92–1968.   BODIE *v.* CITY OF HUNTSVILLE ET AL.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Leatherman* v. *Tarrant County Narcotics Intelligence and Coordination Unit,* 507 U. S. 163 (1993).

No. 92–8022.   SAFFEELS *v.* UNITED STATES.   C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Stinson* v. *United States,* 508 U. S. 36 (1993).

No. 92–8439.   RINCON *v.* UNITED STATES.   C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Daubert* v. *Merrell Dow Pharmaceuticals, Inc.,* 509 U. S. 579 (1993).